STATE OF NEW JERSEY v. FRANK J. HILL.

September 2, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH ERRICO, JR.

September 2, 1980.

Petition for certification denied.

IN THE MATTER OF FRANKFORD–QUAKER GROCERY CO.

September 2, 1980.

Petition for certification denied.

LAWRENCE KOLMER v. CITY OF HOBOKEN.

September 2, 1980.

Petition for certification is granted, and the judgment of the Superior Court, Appellate Division is summarily reversed and the matter is remanded to the Department of Civil Service with directions that the petitioner's name be reinstated to the eligible list for Municipal Fire Fighter, Hoboken.